IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAMES BROWN and
CRAIG OWENS,

    Plaintiffs,

v.

COBB COUNTY, GEORGIA and
JOHN R. HOUSER,

    Defendants.

CIVIL ACTION FILE

NO. 1:13-CV-01807-WSD-WEJ

## **ORDER**

The parties have submitted a Consent Motion for Extension of Time to Complete Discovery [41]. They seek another ninety (90) days, or through September 10, 2014, to conduct discovery. The Complaint [1] was filed in May 2013; the initial discovery period was set to begin on August 14, 2013, and to end on December 14, 2013 [15]. The Court has extended the period twice already–once on November 14, 2013 (through March 14, 2014 [28]) and again on March 3, 2014 (through June 12, 2014). If the Court concurs with the instant Consent Motion, the discovery period would be thirteen months. There is simply no reason why a case like this requires over a year of discovery.

Therefore, the Court only extends the discovery period up to and including August 14, 2014. The parties better get busy. There will be no further extensions.

**SO ORDERED**, this 6th day of June, 2014.

WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)